CORA JOHNSON, Respondent, v. STAR PERMANENT WAVE CORPORATION, Appellant.

PER CURIAM. Plaintiff received from defendant a hair treatment known as a "permanent wave." In consideration of a reduced rate charged for the work plaintiff signed a document reading as follows: "In consideration of the reduced rates given to me by the Star Permanent Wave Corporation of the City of Syracuse, I hereby release and agree to save harmless the Star Permanent Wave Corporation from any and all liability which might arise as a result of any injuries received for any reason while receiving a permanent wave." The signing was voluntary, no fraud having been practiced by defendant in connection with the transaction. Plaintiff has recovered a judgment for $351 for burns received. The judgment should be reversed and the complaint dismissed, with costs in all courts, the document quoted being a complete bar to any cause of action in favor of plaintiff. (Anderson v. Erie R. R. Co., 223 N. Y. 277.) Under the circumstances presented the fact that plaintiff did not read the document is immaterial. (Metzger v. Ætna Ins. Co., 227 N. Y. 411, 415, 416.) All concur. Judgment reversed on the law and complaint dismissed, with costs in all courts.

In the Matter of the Estate of FRANK G. HENRY, Deceased.— Decree affirmed, with costs. All concur.

JOHN C. DILLON, Respondent, v. JOSEPH J. ROBISCHON and Another, Appellants. — Order affirmed, with costs. All concur.

MARY KILEY, an Infant, etc., Respondent, v. JAMES WEIR and Another, Appellants.— Judgment and order affirmed, with costs. All concur, except Crosby, J., who dissents and votes for reversal on the law and for a dismissal of the complaint on the ground that this case differs from Nelson v. Nygren (259 N. Y. 71), in that the evidence is entirely undisputed that the plaintiff acquiesced and actively participated in the negligent operation of the car, of which she complains.

REBA FRAME, Respondent, v. LESLIE A. KILEY and Another, Appellants.— Decision same as in companion case last above.

HAROLD WACENSKE, Appellant, v. THE MERCHANTS DESPATCH TRANSPORATION COMPANY, Defendant. WILLIAM L. CLAY, Appellant; WEBSTER AND SMITH, Respondents.* — Order modified and as modified affirmed, without costs of this appeal to either party. (See Civ. Prac. Act, § 467 et seq.; Matter of Cartier v. Spooner, 118 App. Div. 342, and Sullivan v. McCann, 124 id. 126.) All concur.